UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:97-CR-100-1-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| JAMES EDWARD ELLERBE ) | |

This matter is before the court on defendant's motion, pursuant to 28 U.S.C. § 1404(a), for a "change of venue in a forthcoming civil action . . . ." According to the motion, defendant seeks to file a civil action, which arises out of this criminal action, in U.S. District Court in Youngstown, Ohio. This court does not have the authority to authorize the future filing of a civil action in another jurisdiction. Defendant's motion is DENIED.

This 10 February 2009.

W. Earl Britt
Senior U.S. District Judge